UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                      ORDER
                                                        09-CR-349
ORVILLE RODRIGUEZ,

                      Defendant.

---

This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A). Defendant Orville Rodriguez filed a motion to suppress statements. On July 30, 2010, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant Orville Rodriguez's motion to suppress be granted in part and denied in part.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion seeking suppression of statements and other relief is granted in part and denied in part.

All parties in this case shall appear in Court on Wednesday, August 25, 2010 at 9:00 a.m. for a meeting to set a trial date.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2010